845 F.2d 1015
 Syre (Richard R.)
v.
Commonwealth of Pennsylvania Supreme Court of Pennsylvania
Philadelphia Court of Common Pleas City of Phila.
Philadelphia District Attorney Rendell (Edward), Sprague
(Richard), Parry (Lloyd George), Kubacki (Stanley), Wolf
(Helen), Henson (Eric), Miller (Anne), Rubenstone (Edward),
Slotsky (Morris), Penn Radio Cab, Inc., Sprague, Goldberg & Rubenstone
 NO. 87-1570
 United States Court of Appeals,
Third Circuit.
 MAR 30, 1988
 
 Appeal From: E.D.Pa.,
 Ditter, J.,
 
 662 F.Supp. 550
 
 1
 AFFIRMED.